**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6880**

———————

JOHN M. MILLER,

                                    Petitioner - Appellant,

        versus

COLIE    RUSHTON,    Warden    of    McCormick
Correctional Institution; CHARLES M. CONDON,
Attorney  General  of  the  State  of  South
Carolina,

                                    Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Dennis W. Shedd, District Judge.
(CA-02-1212-6-19AK)

———————

Submitted:  September 5, 2002        Decided:  September 10, 2002

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John M. Miller, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John M. Miller seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Miller has not made a substantial showing of the denial of a constitutional right. See Miller v. Rushton, No. CA-02-1212-6-19AK (D.S.C. May 23, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED